IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD JOSEPH CRANE,

    Plaintiff,                         CV F 03 6339 LJO WMW PC

vs.                                 ORDER RE: FINDINGS & RECOMMENDATIONS (#34)

M. GONZALES, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On May 23, 2008, findings and recommendations were entered, recommending dismissal of certain claims and defendant.   Plaintiff was provided an opportunity to file objections within thirty days.   Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1       Accordingly, THE COURT HEREBY ORDERS that:

2       1.  The Findings and Recommendations issued by the Magistrate Judge on May 23, 2008, are adopted in full; and

4       2.  Plaintiff's claim of deliberate indifference to Plaintiff's serious medical needs against Correctional Officer M. Gonzalez is dismissed.

6       3.  Plaintiff's claim of cruel and unusual punishment/excessive force against all defendants is dismissed.

8       4.  Temporary Supervising Cook M. De Luna and Chief Medical Officer Bendon are dismissed.

IT IS SO ORDERED.

**Dated:   June 30, 2008**                                                    /s/ Lawrence J. O'Neill
                                                                              UNITED STATES DISTRICT JUDGE