IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH CRANE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DELUNA, et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:03-cv-06339-LJO-WMW (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE NOTICE OF SUBMISSION OF DOCUMENTS<br><br>(DOCUMENT #37)<br><br>THIRTY  DAY DEADLINE |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On July 21, 2008,  plaintiff filed a motion to extend time to file Notice of Submission of Documents.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Plaintiff is granted thirty (30) days from the date of service of this order in which to file his Notice of Submission of Documents..

IT IS SO ORDERED.

Dated:     July 28, 2008　　　　　　　　　　　/s/  William M. Wunderlich
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE